**Order entered June 8, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00980-CR

**FREDDIE GOINES BEVERLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 19-90211-422-F**

## ORDER

Before the Court is the State's June6, 2022 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due by July 6, 2022.

We **DIRECT** the Clerk to set this case at issue.

/s/     BILL PEDERSEN, III
JUSTICE